THE STATE *ex rel.* J. A. SEXTON, Defendant in Error, v. HENRY JERARD *et al.*, Judges of the County Court of Cass County, Plaintiffs in Error.

1. State *ex rel.* Wallendorf v. Cole County Court, *ante,* p. 228, affirmed.

*Error to First District Circuit Court.*

*Terrill,* county attorney, and *Boggs & Sloan,* for plaintiffs in error.

*Harding,* and *Johnson & Budd,* for defendants in error.

BLISS, Judge, delivered the opinion of the court.

The County Court of Cass county refused to draw a warrant upon the treasury in favor of relator, as clerk of a certain township in said county, for educational purposes, for the amount of

money assessed, for school purposes, upon the lands of the township, and embraced in the land delinquent list returned by the collector, and the relator applied to the Circuit Court of the county for a *mandamus* against the said County Court, commanding it to draw such warrant. The writ of *mandamus* was issued and made peremptory, and the action of the Circuit Court was sustained in the District Court.

The question involved in this record has been decided at this term, in the case of The State *ex rel.* Wallendorf v. The Cole County Court.

The judgment of the District Court is affirmed. The other judges concur.